PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Keith R. Carpenter              Case Number: 2:02CR00311-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 09/03/2003             Type of Supervision: Supervised Release

Original Offense: Armed Bank Robbery, 18 U.S.C.   Date Supervision Commenced: 09/21/2005
§§ 2113(a) and (d) and 2

Original Sentence: Prison - 37 months;            Date Supervision Expires: 09/20/2008
TSR - 36 months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but not more than (6) tests per month, in order to confirm continued abstinence from these substances.

20   You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

The offender has a history of substance abuse and mental health issues. Mr. Carpenter appears very motivated to move on with his life in a positive direction. However, he feels he could benefit from mental health counseling. In addition, the offender does not object to drug testing, with a ceiling of 6 urine samples submitted on a monthly basis.

On October 13, 2005, the offender signed a modification. He understands the rationale behind these added conditions and agrees to the Court modifying them as outlined above.

by

Respectfully submitted,

Brenda J. Kuest
U.S. Probation Officer
Date: October 18, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/18/05

Date